AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| ERICA M. HAGARDT<br>*Plaintiff*<br>v.<br>LENDINGTREE, LLC<br>*Defendant* | ) ) ) ) ) | Case No. 4:26-cv-07972 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ERICA M. HAGARDT .

Date: 09/21/2026

s:/ Mohammed O. Badwan
*Attorney's signature*

Mohammed O. Badwan, # 6299011
*Printed name and bar number*

2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
*Address*

mbadwan@sulaimanlaw.com
*E-mail address*

(630) 575-8181
*Telephone number*

(630) 575-8188
*FAX number*